STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
MARK E. WOOLF
LINDSY M. ROBERTS
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: Mark.Woolf@usdoj.gov
      Lindsy.Roberts@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERMAN KAPPE, *et al.*, | Case No. 2:17-cv-03057-APG-PAL |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be voluntarily dismissed without prejudice, and each party will bear their own costs and attorney's fees.

Respectfully submitted this 14th day of December 2017.

DAVID BOERHER LAW FIRM      STEVEN W. MYHRE
                                        Acting United States Attorney

*/s/ David D. Boehrer*                */s/ Mark E. Woolf*
DAVID D. BOEHRER                    MARK E. WOOLF
*Attorney for Plaintiff*                    Assistant United States Attorney
                                         *Attorneys for the United States*

IT IS SO ORDERED:

_____
ANDREW P. GORDON
United States District Judge

Dated: December 14, 2017.